UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| REV DENINAH GOODWIN, et al., | * | |
| Plaintiffs, | * | |
| v. | * | C.A. No. 19-11434-ADB |
| DORAL JUVENILE CORPORATION, et al., | * | |
| Defendants. | * | |

## ORDER

BURROUGHS, D.J.

On June 28, 2019, Rev. Deninah Goodwin, Christenina Webb and her minor son, each residing in Texas, filed a *pro se* complaint. *See* Dkt. No. 1. With the complaint, plaintiffs filed motions to appoint counsel and for leave to proceed *in forma pauperis*. *See* Dkt. No. 2 - 7.

On July 10, 2019, Goodwin and Webb's motions for leave to proceed *in forma pauperis* were denied without prejudice as incomplete. *See* Dkt. No. 9. Because Goodwin and Webb are not alleged to be attorneys, they cannot represent Webb's minor son and were directed to obtain counsel to represent him in this matter. *Id.* The parties were granted twenty-eight days to comply with the directives of the Memorandum and Order. *Id.*

To date, the parties have not responded to the court's order and the time to do so has expired. It is a long-established principle that this court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute her action and her failure to follow the court's orders. Fed. R. Civ. P. 41(b). Here, dismissal is appropriate because without plaintiffs' active participation, the court cannot effect the advancement of the case to a resolution on the merits.

Accordingly, for the failure to comply with the July 10, 2019 Memorandum and Order, this action is hereby dismissed without prejudice.

**SO ORDERED.**

August 16, 2019 /s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE